___ Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYCHELE STERLING<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF RIVERSIDE, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-3368 GHK (OPx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable: **George H. King,** Chief U. S. District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

RAYCHELE STERLING

take nothing; that the action be dismissed on the merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, to be taxed in accordance with the Local Rules.

Clerk, U.S. District Court

Dated: April 11, 2014

By _____ 1153
Beatrice Herrera, Courtroom Deputy Clerk

cc:   Counsel of record

CV-44 (11/96)                    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)